| | |
|---|---|
| 1 | BARRY J. PORTMAN |
|   | Federal Public Defender |
| 2 | LARA S. VINNARD |
|   | Assistant Federal Public Defender |
| 3 | 160 West Santa Clara Street, Suite 575 |
|   | San Jose, CA  95113 |
| 4 | Telephone:  (408) 291-7753 |

Counsel for Defendant KELLEMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | Case No.: CR 11-00341 DLJ |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE HEARING AND EXCLUDE TIME; ORDER** |
| v. | |
| JAMES KELLEMS, | Honorable D. Lowell Jensen |
| Defendant . | |

Defendant James Kellems and the government, through their respective counsel, hereby stipulate that, subject to the Court's approval, the hearing in the above-captioned matter, presently scheduled for Tuesday, August 30, 2011, at 9:00 a.m., be continued to Tuesday, September 27, 2011, at 9:00 a.m.  The continuance is requested because defense investigation and preparation are ongoing, such that the defense is not yet ready to set a schedule for litigation or trial.

The parties further agree that time should be excluded under the Speedy Trial Act because the ends of justice served by granting the requested continuance outweigh the  interest of the public

STIP. TO CONTINUE;
[PROPOSED] ORDER
No. CR 11-00341 DLJ                                                1

Case 5:11-cr-00341-BLF   Document 28   Filed 08/26/11   Page 2 of 2

1 and the defendant in a speedy trial.  The failure to grant the requested continuance would deny
2 defense counsel reasonable time necessary for effective preparation, taking into account the exercise
3 of due diligence, and would result in a miscarriage of justice.  The parties therefore stipulate that this
4 exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

5 Dated: 8/23/11                                _____/s/_____
                                                          LARA S. VINNARD
6                                                         Assistant Federal Public Defender

7 Dated: 8/23/11                                _____/s/_____
                                                          TOM O'CONNELL
8                                                         Assistant United States Attorney

9

10 **ORDER**

11 The parties have jointly requested a continuance of the hearing set for Tuesday August 30,
12 2011, to allow additional time for defense investigation and preparation.  GOOD CAUSE
13 APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for Tuesday, August
14 30, at 9:00 a.m., will be continued to Tuesday, September 27, 2011 at 9:00 a.m.

15 Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded
16 under the Speedy Trial Act from August 30 to September 27, 2011.   The Court finds, based on the
17 aforementioned reasons, that the ends of justice served by granting the requested continuance
18 outweigh the  interest of the public and the defendant in a speedy trial.  The failure to grant the
19 requested continuance would deny defense counsel reasonable time necessary for effective
20 preparation, taking into account the exercise of due diligence, and would result in a miscarriage of
21 justice.  The Court therefore concludes that this exclusion of time should be made under 18 U.S.C.
22 §§ 3161(h)(8)(A) and (B)(iv).

23 Dated:  August 26, 2011                       _____
                                                          D. LOWELL JENSEN
24                                                        United States District Judge

25

26

STIP. TO CONTINUE;
[PROPOSED] ORDER
No. CR 11-00341 DLJ                               2