BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant KELLEMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | Case No.: CR 11-00341 DLJ |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE HEARING AND EXCLUDE TIME;** |
| v. | **[PROPOSED] ORDER** |
| JAMES KELLEMS, | |
| Defendant . | Honorable D. Lowell Jensen |

Defendant James Kellems and the government, through their respective counsel, hereby stipulate that, subject to the Court's approval, the hearing in the above-captioned matter, presently scheduled for Tuesday, December 13, 2011, at 9:00 a.m., be continued to Thursday, February 2, 2012, at 9:00 a.m. The continuance is requested for several reasons. First, in light of the schedules of the magistrate court and counsel, the parties were unable to schedule the anticipated settlement conference prior to December 13. Second, undersigned defense counsel will be going on leave, and new counsel within the Federal Public Defender's Office will require time to become familiar with the case prior to the settlement conference. Third, defense investigation and preparation are ongoing.

The parties further agree that time should be excluded under the Speedy Trial Act because the ends of justice served by granting the requested continuance outweigh the interest of the public and

1  the defendant in a speedy trial.  The failure to grant the requested continuance would deny defense
2  counsel reasonable time necessary for effective preparation, taking into account the exercise of due
3  diligence, and would result in a miscarriage of justice.  The parties therefore stipulate that this
4  exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

5  Dated: 11/30/11                                             /s/
                                                        LARA S. VINNARD
6                                                       Assistant Federal Public Defender

7  Dated: 11/30/11                                             /s/
                                                        TOM O'CONNELL
8                                                       Assistant United States Attorney

## [PROPOSED] ORDER

11  The parties have jointly requested a continuance of the hearing set for Tuesday December 13,
12  2011, to allow additional time for participation in a settlement conference; for reassignment of the
13  case within the Federal Public Defender's Office, and for defense investigation and preparation.
14  GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for
15  Tuesday, December 13,  at 9:00 a.m., be continued to Thursday, February 2, 2012 at 9:00 a.m.

16  Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded
17  under the Speedy Trial Act from December 13 to February 2, 2012.  The Court finds, based on the
18  aforementioned reasons, that the ends of justice served by granting the requested continuance
19  outweigh the  interest of the public and the defendant in a speedy trial.  The failure to grant the
20  requested continuance would deny defense counsel reasonable time necessary for effective
21  preparation, taking into account the exercise of due diligence, and would result in a miscarriage of
22  justice.  The Court therefore concludes that this exclusion of time should be made under 18 U.S.C.
23  §§ 3161(h)(8)(A) and (B)(iv).

24  Dated: December 6, 2011                          _____
                                                        D. LOWELL JENSEN
25                                                      United States District Judge

STIP. TO CONTINUE;
[PROPOSED] ORDER
No. CR 11-0341 DLJ                              2