1  GEOFFREY A. HANSEN
   Acting Federal Public Defender
2  HEATHER R. ROGERS
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant JAMES KELLEMS

**Filed**

APR 1 0 2012

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11  UNITED STATES OF AMERICA,        )   No. CR 11-00341 DLJ
                                     )
12                 Plaintiff,        )   STIPULATION AND [PROPOSED]
                                     )   ORDER CONTINUING HEARING DATE
13  vs.                              )
                                     )
14  JAMES KELLEMS,                   )
                                     )
15                 Defendant.        )
                                     )
16  _____)

17                        **STIPULATION**

18        Defendant James Kellems, by and through Assistant Federal Public Defender Heather R.

19  Rogers, and the United States, by and through Assistant United States Attorney Thomas M.

20  O'Connell, hereby stipulate that, with the Court's approval, the status hearing currently set for

21  April 12, 2012, at 9:00 a.m., before the Honorable D. Lowell Jensen, shall be continued to June

22  7, 2012, at 9:00 a.m.

23        The reason for the requested continuance is that, due to Ms. Rogers' leaving the Federal

24  Public Defender's office, Mr. Kellems' case is being reassigned within the office, and defense

25  investigation and the parties' negotiations are ongoing.  New counsel requires the additional time

26

Stipulation and [Proposed] Order Continuing
Hearing, 11-00341 (DLJ)                    1

1   to continue these efforts.  The parties therefore respectfully request a continuance to June 6,

2   2012, at 9:00 a.m.

3        The parties agree that the time between February 2, 2012, and February 23, 2012, may be

4   excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for effective

5   preparation of counsel and to ensure continuity of counsel.

6

7   Dated: April 9, 2012

8                                         _____/s/_____
                                          HEATHER ROGERS
9                                         Assistant Federal Public Defender

10  Dated:   April 9, 2012                _____/s/_____
                                          THOMAS M. O'CONNELL
11                                        Assistant United States Attorney

12

13                                **[PROPOSED] ORDER**

14        GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY

15  ORDERED that the hearing currently set for April 12, 2012, at 9:00 a.m., before the Honorable

16  D. Lowell Jensen, shall be continued to June 6, 2012, at 9:00 a.m.

17        THE COURT FINDS that failing to exclude the time between April 12, 2012, and June 6,

18  2012, would unreasonably deny counsel for the defendant reasonable time necessary for effective

19  preparation, taking into account the exercise of due diligence.  *See* 18 U.S.C. §§

20  3161(h)(7)(B)(iv).

21        THE COURT FINDS that the ends of justice served by excluding the time between April

22  12, 2012, and June 6, 2012, from computation under the Speedy Trial Act outweigh the interests

23  of the public and the defendant in a speedy trial.

24  //

25

26

Stipulation and [Proposed] Order Continuing
Hearing, 11-00341 (DLJ)                    2

1        THEREFORE, IT IS HEREBY ORDERED that the time between April 12, 2012, and

2  June 6, 2012, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. §

3  3161(h)(7)(A) and (B)(iv).

4        IT IS SO ORDERED.

5  Dated:   **4-10-12**

6                        HON. D. LOWELL JENSEN
                              United States District Court Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26