IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-11-00341 DLJ |
| | ) | |
| Plaintiff, | ) | [] ORDER TO CONTINUE |
| | ) | STATUS HEARING AND EXCLUDE |
| vs. | ) | TIME |
| | ) | |
| JAMES KELLEMS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status hearing currently scheduled for Thursday, May 23, 2013, shall be continued to Thursday, May 30, 2013, at 9:00 a.m.

It is further ordered that the time through and including May 30, 2013, shall be excluded from the computation of time within which trial shall commence, as the reasonable time necessary for effective preparation and continuity of counsel, such that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

Dated: April ___, 2013

_____
THE HON. D. LOWELL JENSEN
Senior United States District Judge

[] Order to Continue Status Hearing
CR11-00341 DLJ                                                    1