JAMES GILBERT KELLEMS, pro se
c/o Office of the Federal Public Defender
160 W. Santa Clara St., Suite 575
San Jose, CA 95113

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-11-00341 DLJ |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE |
| ) | SENTENCING HEARING |
| vs. ) | |
| ) | |
| JAMES KELLEMS, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Defendant James Kellems and the government hereby stipulate that the sentencing hearing, currently set for Thursday, December 5, 2013, at 10:00 a.m., may be continued to Thursday, January 23, 2014, at 10:00 a.m., in order to permit additional time for defense preparation and completion of the presentence investigation.

The United States Probation Office has been consulted and has no objection.

Dated: November 14, 2013

s/_____
THOMAS M. O'CONNELL
Assistant United States Attorney

Dated: November 14, 2013

s/_____
JAMES GILBERT KELLEMS
Defendant pro se

Stipulation to Continue Status Hearing
CR-11-00341 DLJ                                                   1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-11-00341 DLJ |
| | ) | |
| Plaintiff, | ) | [] ORDER TO CONTINUE |
| | ) | SENTENCING HEARING |
| vs. | ) | |
| | ) | |
| JAMES KELLEMS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Good cause appearing and by stipulation of the parties, it is hereby ordered that the sentencing hearing currently scheduled for Thursday, December 5, 2013, shall be continued to Thursday, January 23, 2014, at 10:00 a.m.

Dated: November ___, 2013

_____
THE HON. D. LOWELL JENSEN
Senior United States District Judge

[] Order to Continue Sentencing
CR-11-00341 DLJ                                       1