JAMES GILBERT KELLEMS, pro se
c/o Office of the Federal Public Defender
160 W. Santa Clara St., Suite 575
San Jose, CA 95113

*E-FILED - 1/22/14*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>JAMES KELLEMS,<br>Defendant. | No. CR-11-00341 DLJ<br><br>STIPULATION TO CONTINUE SENTENCING HEARING |

Defendant James Kellems and the government hereby stipulate that the sentencing hearing, currently set for Thursday, January 23, 2014, at 10:00 a.m., may be continued to Thursday, April 3, 2014, at 10:00 a.m., in order to permit additional time for defense preparation and completion of the presentence investigation.

The United States Probation Office has been consulted and has no objection.

Dated: December 18, 2013

s/____________________________
AMBER ROSEN
Assistant United States Attorney

Dated: December 18, 2013

s/____________________________
JAMES GILBERT KELLEMS
Defendant pro se

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-11-00341 DLJ |
| Plaintiff, | ) | [] ORDER TO CONTINUE SENTENCING HEARING |
| vs. | ) | |
| JAMES KELLEMS, | ) | |
| Defendant. | ) | |

Good cause appearing and by stipulation of the parties, it is hereby ordered that the sentencing hearing currently scheduled for Thursday, January 23, 2014, shall be continued to Thursday, April 3, 2014, at 10:00 a.m.

Dated: January 22, 2014

THE HON. D. LOWELL JENSEN
Senior United States District Judge