1  JAMES GILBERT KELLEMS, pro se
   c/o Office of the Federal Public Defender
2  160 W. Santa Clara St., Suite 575
   San Jose, CA 95113

3

4

5

6

7                IN THE UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                         SAN JOSE DIVISION

10 UNITED STATES OF AMERICA,         )   No. CR-11-00341 DLJ
                                     )
11           Plaintiff,               )   STIPULATION TO CONTINUE
                                     )   SENTENCING HEARING
12 vs.                                )
                                     )
13 JAMES KELLEMS,                     )
                                     )
14           Defendant.               )
   _____)
15
        Defendant James Kellems and the government hereby stipulate that the sentencing
16
   hearing, currently set for Thursday, April 3, 2014, at 10:00 a.m., may be continued to Thursday,
17
   May 22, 2014, at 10:00 a.m., in order to permit additional time for completion of the draft and
18
   find presentence investigation reports.
19

20
   Dated: April 1, 2014
21
                                     s/_____
22                                   AMIE D. ROONEY
                                     Assistant United States Attorney
23

24 Dated: April 1, 2014

25                                   s/_____
                                     JAMES GILBERT KELLEMS
26                                   Defendant pro se

Stipulation to Continue Status Hearing
CR11-00341 DLJ                           1

1
2
3
4
5
6
7
8           IN THE UNITED STATES DISTRICT COURT
9           FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                       SAN JOSE DIVISION

11  UNITED STATES OF AMERICA,        )   No. CR-11-00341 DLJ
                                     )
12              Plaintiff,           )   ] ORDER TO CONTINUE
                                     )   SENTENCING HEARING
13  vs.                              )
                                     )
14  JAMES KELLEMS,                   )
                                     )
15              Defendant.           )
    _____)

16      Good cause appearing and by stipulation of the parties, it is hereby ordered that the

17  sentencing hearing currently scheduled for Thursday, April 3, 2014, shall be continued to

18  Thursday, May 22, 2014, at 10:00 a.m.

19

20  Dated: _____, 2014

21                                           _____
                                             THE HON. D. LOWELL JENSEN
22                                           Senior United States District Judge

23
24
25
26

[] Order to Continue Sentencing
CR11-00341 DLJ                               1